| United States Bankruptcy Court<br>Northern District of Illinois | | VOLUNTARY PETITION |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>HALL, JACK JARED | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>HALL, JARED | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>4044 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>720 W GORDON TERRACE UNIT 11M<br>CHICAGO, IL<br>ZIP CODE 60613 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>COOK | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

F I L E D
MAY 31 2012
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): HALL, JACK JARED |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: N/A | Case Number: | Date Filed: |
| Location Where Filed: N/A | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: N/A | Case Number: | Date Filed: |
| District: Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Jared Hall
Signature of Debtor

X _____
Signature of Joint Debtor

312-810-4177
Telephone Number (if not represented by attorney)

5/23/2012  5/31/12
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **DEBTOR NOT REPRESENTED BY ATTORNEY**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re HALL, JACK JARED                                    Case No._____
             Debtor                                             (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                           Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

.

.

.

.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

                      Signature of Debtor: _/s/ Janet Hall_
                      Date: ~~05/23/2012~~ 5/31/12 JH

| Creditor |
|---|
| ACS EDUCATION SERVICES<br>501 BLEECKER ST<br>UTICA, NY 13501 |
| ADT SECURITY<br>PO BOX 371490<br>PITSSBURGH, PA 15250 |
| ALLIED INTERSTATE, INC.<br>3800 CORPORATE EXCHANGE DR.<br>COLUMBUS, OH 43231 |
| AMERICAN EDUCATION SERVICES<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 |
| AUDIT SYSTEMS<br>3696 ULMERTON RD<br>CLEAR WATER, FL 33762 |
| BRANDON HASAUER<br>3093 N PINE GROVE AVE.<br>UNIT 2515<br>CHICAGO, IL 60613 |
| BULLCITY FINANCIAL SOLUTIONS<br>1107 W MAIN ST.<br>DURHAM, NC 27701 |
| CAMCO LLC/VILLAGE GREEN MANAGEMENT<br>343 S DEARBORN STE 203<br>CHICAGO, IL 60604 |
| CASHNET USA<br>200 W JACKSON STE 1400<br>CHICAGO, IL 60606 |
| CBCS<br>PO BOX 164089<br>COLUMBUS, OH 43216 |
| COMED<br>PO BOX 805379<br>CHICAGO, IL 60680 |
| CREDIT MANAGEMENT<br>17070 DALLAS PKWY<br>DALLAS, TX 75248 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS, NV 89193 |

DEBTOR: HALL, JACK JARED                                                     CASE NO. _____

| |
|---|
| CREDIT SYSTEMS<br>PO BOX 1088<br>ARLINGTON, TX 76004 |
| CU RECOVERY<br>26263 FOREST BLVD.<br>WYOMING, MN 55092 |
| CYNTHIA GATES<br>PO BOX 345<br>WILDOMAR, CA 92595 |
| DANA LOFTUS<br>4011 N KENMORE AVE.<br>UNIT G3<br>CHICAGO, IL 60613 |
| DISH NETWORK<br>DEPT. 0063<br>PALATINE, IL 60055 |
| DUKE ENERGY<br>PO BOX 1326<br>CHARLOTTE, NC 28201 |
| ER SOLUTIONS, INC.<br>PO BOX 9004<br>RENTON, WA 98057 |
| FFCC- COLUMBUS, INC.<br>PO BOX 20790<br>COLUMBUS, OH 43220 |
| FIFTH THIRD BANK<br>123 CALHOUN ST<br>CINCINNATI, OH 45219 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 |
| FITNESS FORMULA CLUBS<br>619 W JACKSON<br>CHICAGO, IL 60661 |
| FOREST CITY MANAGEMENT<br>1800 MAIN ST. STE 250<br>DALLAS, TX 75201 |
| GE EMPLOYEES FEDERAL CREDIT UNION<br>10485 READING RD.<br>CINCINNATI, OH 45241 |
| GREEN MOUNTAIN ENERGY<br>PO BOX 689008<br>AUSTIN, TX 78768 |

| |
|---|
| GROUP FOX, INC.<br>401 W FULLERTON<br>CHICAGO, IL 60614 |
| HOUSEHOLD CREDIT SERVICES<br>PO BOX 98706<br>LAS VEGAS, NV 89193 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL 60197 |
| HUNTER WARFIELD, INC.<br>4620 WOODLAND CORPORATE BLVD.<br>TAMPA, FL 33614 |
| IMAGINE/FBOFD<br>PO BOX 723896<br>ATLANTA, GA 31139 |
| JP MORGAN CHASE BANK<br>4848 EVANSWOOD DR.<br>COLUMBUS, OH 43229 |
| LADCO LEASING<br>555 ST CHARLES PLACE<br>THOUSAND OAKS, CA 91360 |
| MARK CUMMINS |
| MICHAEL SAUER<br>133 BAKER AVE.<br>CINCINNATI, OH 45217 |
| MIDLAND CREDIT MANAGEMENT<br>8875 AERO DR. STE 200<br>SAN DIEGO, CA 92123 |
| NATIONAL CREDIT SYSTEMS<br>PO BOX 312125<br>ATLANTA, GA 31131 |
| NCA<br>PO BOX 3023<br>HUTCHINSON, KS 62504 |
| NEXUS PROPERTY MANAGEMENT<br>495 ERLANGER RD. STE 202<br>ERLANGER, KY 41018 |
| PENLAND AND HEARTWELL<br>1 N LASALLE ST.<br>38TH FLOOR<br>CHICAGO, IL 60602 |

DEBTOR: HALL, JACK JARED                                               CASE NO. _____

| |
|---|
| PNC BANK<br>500 W JEFFERSON<br>LOUISVILLE, KY 40202 |
| PUBLIC STORAGE<br>PO BOX 25050<br>GLENDALE, CA 91221 |
| REGIONS BANK<br>2050 PARKWAY OFFICE<br>HOOVER, AL 35244 |
| SHEARER DENTISTRY<br>1335 HANSEL DR.<br>FLORENCE, KY 41042 |
| TCF BANK<br>801 MARQUETTE<br>MINNEAPOLIS, MN 55402 |
| TELECHECK SERVICES, INC.<br>5251 WESTHEIMER<br>HOUSTON, TX 77056 |
| TELECHECK SERVICES, INC.<br>PO BOX 4451<br>HOUSTON, TX 77210 |
| Time Warner Cable - Southwest Ohio Division<br>PO BOX 1060<br>Carol Stream, IL 60132 |
| TORRES CREDIT SERVICES<br>27 FAIRVIEW ST. STE 301<br>CARLISLE, PA 17015 |
| UDR, INC.<br>1745 SHEA CENTER DR. STE 200<br>HIGHLANDS RANCH, CO 80129 |
| UNIVERSITY OF CINCINNATI<br>208 BEECHER HALL<br>CINCINNATI, OH 45221 |
| US DEPT OF EDUCATION- DIRECT LOANS<br>PO BOX 5609<br>GREENVILLE, TX 75403 |
| USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT FREEWAY<br>SAN ANTONIO, TX 78288 |
| VALENTINE AND KEBARTES<br>15 UNION ST<br>LAWERENCE, MA 01840 |

DEBTOR: HALL, JACK JARED                                              CASE NO. _____

| WAYNE SHAPIRO<br>111 W WASHINGTON ST<br>CHICAGO, IL 60602 |
|---|
| WELLS FARGO EDUCATION SERVICES<br>PO BOX 84712<br>SIOUX FALLS, SD 57118 |